# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC X 6 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**    )
                                )
vs.                             )    Docket Number: CR 06-00553-1 MMC
                                )
**Jose Garcia-Flores**          )
                                )

E-Filing

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _December 6, 2006 at 2:30 p.m._ be continued until _February 14, 2007_ at _2:30 p.m._ .

Date: _12/4/06_

Maxine M. Chesney
United States District Judge

NDC-PSR-009 12/06/04