# United States District Court

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

**E-Filing**

**UNITED STATES OF AMERICA**  )
 )
vs.  )   **Docket Number: CR 06-00553-1 MMC**
 )
**Jose Garcia-Flores**  )
 )
 )

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____ February 14, 2007 _____ be continued until _____ March 7, 2007 _____ at _____ 9:30 a.m. _____ .

Date: _____         _Maxine M. Chesney_ (signature)
                                 Maxine M. Chesney
                                 United States District Judge

NDC-PSR-009 12/06/04